IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Y.C., MOTHER OF T.K., J.K.,
AND J.T., CHILDREN,

       Appellant,

v.

Case No. 5D22-1848
LT Case No. 2018-DP-0069-C

DEPARTMENT OF CHILDREN AND
FAMILIES,

       Appellee.
_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

David Maldonado, of The Maldonado Law Firm, P.A.,
Lakeland, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior Attorney,
Tallahassee, for Guardian Ad Litem Program.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.